No. 818. SMITH *v.* TEXAS. April 22, 1940. Motion for leave to proceed further *in forma pauperis,* and petition for writ of certiorari to the Court of Criminal Appeals of Texas, granted. *Mr. William A. Vinson* for petitioner.

No. 726. FLEISHER ENGINEERING & CONSTRUCTION CO. ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF HALLENBECK. See *post,* p. 693.

No. 778. WILSON & CO., INC. *v.* UNITED STATES;
No. 779. WILSON & Co., INC. OF KANSAS *v.* SAME; and
No. 780. T. M. SINCLAIR & Co. *v.* SAME. April 22, 1940. Petition for writs of certiorari to the Court of Claims granted. *Messrs. J. Harry Covington, Dean G. Acheson,* and *Paul E. Shorb* for petitioners. *Solicitor General Biddle, Assistant Attorney Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 789. NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY *v.* BROWNING ET AL., CONSTITUTING THE STATE BOARD OF EQUALIZATION. April 22, 1940. Petition for writ of certiorari to the Supreme Court of Tennessee granted. *Messrs. Wm. H. Swiggart* and *Edwin F. Hunt* for petitioner. *Mr. W. F. Barry* for respondents.

No. 814. AMERICAN UNITED MUTUAL LIFE INSURANCE Co. *v.* CITY OF AVON PARK, FLORIDA. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Giles J.*